**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Nathan Andrew Bryant, | Civil No. 11-1398 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| | **AND RECOMMENDATION** |
| Central Intelligence Agency, | |
| Defendant. | |

Nathan Andrew Bryant, *Pro Se*, Plaintiff.

This matter is before the Court upon *pro se* Plaintiff Nathan Andrew Bryant's ("Plaintiff") self-styled objections to Magistrate Judge Steven E. Rau's June 8, 2011 Report and Recommendation insofar as it recommends that: (1) Plaintiff's application to proceed *in forma pauperis* be denied; and (2) this action be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff Nathan Andrew Bryant's objections (Doc. No. [23]) to Magistrate Judge Steven E. Rau's June 8, 2011 Report and Recommendation are **DENIED**.

2. Magistrate Judge Steven E. Rau's June 8, 2011 Report and Recommendation (Doc. No. [4]), is **ADOPTED**.

3. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**.

4. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (iii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 15, 2011        s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge